# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

| Place of Offense: | | Category No. II | Investigating Agency ICE |
|---|---|---|---|
| City | Lowell | | |
| County | Middlesex | | |

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name: DANIEL PINA CASTILLO    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: _____

Birth date (Yr only): 1981    SSN (last 4#): _____    Sex: M    Race: Hisp    Nationality: Dominican Republic

Defense Counsel if known: _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Philip A. Mallard    Bar Number if applicable: 679138

Interpreter: ☑ Yes  ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

Location Status: ICE Custody in Plymouth
Arrest Date: 8/28/2025

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☑ Indictment
Total # of Counts:   ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/8/2025    Signature of AUSA: *Philip A Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL PINA CASTILLO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 USC 1326(a) | Illegal Reentry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**